UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MICHAEL DORMAN and ELIZABETH DORMAN | CIVIL ACTION |
| Plaintiff | NO. 08-3427 |
| versus | SECTION M |
| REDLINE RECOVERY SERVICES, LLC and ABC INSURANCE COMPANY, | MAGISTRATE 2 |
| Defendants | |

*********************************************************************

## ORDER

IT IS ORDERED that this action is dismissed, reserving to the parties the right to move to reopen this case and proceed if the settlement is not consummated within 60 days.

New Orleans, Louisiana, this __23rd__ day of _____July_____, 2008.

_____
UNITED STATES DISTRICT JUDGE